UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 10-cr-141-01-JL

Luis Garcia

O R D E R

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted. Final Pretrial is rescheduled to February 9, 2011 at 10:00 a.m. Trial is continued to the two-week period beginning March 8, 2010, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                      /s/ Joseph N. Laplante
                                  Joseph N. Laplante
                                  United States District Judge

Date: November 8, 2010

cc: Brian M. Quirk, Esq.
    Terry L. Ollila, Esq.
    U.S. Marshal
    U.S. Probation