UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-141-01-JL

<u>Luis Garcia</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted in part.  Continuance is limited to 120 days.  120 days should be sufficient time to secure the relief sought, or to further inform the court of the need for additional time.  Final Pretrial is rescheduled to 7/15/11 at 10:00; Trial is continued to the two-week period beginning 8/2/11 at 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 _____
                                                 Joseph N. Laplante
                                                 United States District Judge

Date:  March 10, 2011

cc:  Brian M. Quirk, Esq.
     Terry L. Ollila, Esq.
     U.S. Marshal
     U.S. Probation