UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 10-cr-141-01-JL

<u>Luis Garcia</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 18 ) filed by defendant is granted in part. Continuance limited to 30 days.  While the court appreciates counsel's diligence and does not does not wish create extra work for counsel, the motion does not provide the court with details as to the status of the state court motion (court involved, dates motions were filed, contact with clerk's office or prosecuting authority involved, etc.) The court assumes and hopes that counsel in this matter are in contact with court and prosecuting personnel at the state proceeding to help move the matter along. With more specific information, this court may be inclined to permit further extensions. Final Pretrial is rescheduled to October 21, 2011 at 3:30 p.m.; Trial is continued to the two-week period beginning November 1, 2011, 09:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public

and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*Joe Laplante*

Joseph N. Laplante
United States District Judge

September 14, 2011

cc: Terry Ollila, AUSA
Brian Quirk, Esq.

U.S. Marshal
U.S. Probation