\#            UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 10-cr-141-01-JL

Luis Garcia

O R D E R

The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted; Final Pretrial is rescheduled to December 19, 2011 at 1:30pm; Trial is continued to the two-week period beginning January 4, 2012, 9:30am.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                   */s/ Joseph N. Laplante*
                                                   Joseph N. Laplante
                                                   United States District Judge

Date: October 14, 2011

cc: Brian M. Quirk, Esq.
    Terry L. Ollila, Esq.
    U.S. Marshal
    U.S. Probation